## CHICAGO, ST. LOUIS & NEW ORLEANS RAILROAD CO. et al. v. ROACH.

(Decided June 24, 1932.)

ROBBINS & SMITH, D. H. HUGHES, and TRABUE, DOOLAN, HELM & HELM for movant.

W. H. HESTER opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## FRICK COMPANY v. FIELDS et al.

(Decided June 24, 1932.)

WHEELER & WHEELER for movant.

F. P. BLAIR and J. L. HARRINGTON opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## JONES et al. v. KINMAN.

(Decided June 24, 1932.)

L. M. ACKMAN for movant.

F. A. HARRISON opposed.

PER CURIAM.

Appeal denied; judgment affirmed.